### Case No. 14,059a.

#### TISDALL v. The HERO.

[Nowhere reported; opinion not now accessible.]